[No. 5428-4-III. Division Three. February 16, 1984.]

GRANT COUNTY, *Respondent*, v. HATTIE PHELPS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 82-2-00333-2, James D. Kendall, J., entered October 1, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 8790-8-I. Division One. February 21, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDY
LEE FRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-00110-4, Frank J. Eberharter, J., entered April 17, 1980. *Reversed* by unpublished per curiam opinion.

[No. 10653-8-I. Division One. February 21, 1984.]

WILLIAM H. CORNING, ET AL, *Respondents*, v. KOTHARY
GROUP, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 58714, Jack S. Kurtz, J., entered July 17, 1981. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Swanson and Ringold, JJ.

[No. 10775-5-I. Division One. February 21, 1984.]

WALTER JOHN ORLEMAN, ET AL, *Appellants*, v. WILLIAM
H. CARLSON, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 3592, Howard A. Patrick, J., entered July 13, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Ringold, JJ.